# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

————————

No. 11-1426

————————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Northern District of Iowa. |
| | * | |
| Timothy Anderson, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

————————

Submitted: August 23, 2011
Filed: August 29, 2011

————————

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

————————

PER CURIAM.

Timothy Anderson pleaded guilty to distributing cocaine base within 1,000 feet of a playground after having previously been convicted of a felony drug offense, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 851, and 860. The district court[1] sentenced Anderson to 235 months in prison and six years of supervised release, and he appeals. On appeal, counsel has moved to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the sentence is greater than necessary to achieve the goals set forth in 18 U.S.C. § 3553(a).

---

[1]The HONORABLE LINDA R. READE, Chief Judge, United States District Court for the Northern District of Iowa.

Anderson has failed to rebut the presumption that his sentence, which falls within the advisory Guidelines range, is not substantively unreasonable. See Gall v. United States, 552 U.S. 38, 51 (2007); United States v. Feemster, 572 F.3d 455, 461 (8th Cir. 2009) (en banc). Additionally, having reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issues. Accordingly, the judgment of the district court is affirmed, and we grant counsel's motion to withdraw.

_____